No. 00–1479. ROBERTSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penry* v. *Johnson,* 532 U. S. 782 (2001).

No. 00–9281. SUMTER *v.* SAYBOLT, INC., ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2245. IN RE DISBARMENT OF GREEN. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. 00M95. JOHNSON *v.* CLEVELAND BOARD OF EDUCATION; and

No. 00M96. DUNIGAN *v.* FEDERAL BUREAU OF INVESTIGATION, CRIMINAL INVESTIGATIVE DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00–8501. BAKER *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [532 U. S. 955] denied.

No. 00–10029. IN RE ROBINSON; and

No. 00–10104. IN RE CROSBY. Petitions for writs of habeas corpus denied.